```
                         United States Bankruptcy Court
                         Western District of Michigan
In re:                                                       Case No. 17-04057-jwb
Maria Ivelisse Rodriguez                                     Chapter 7
Miguel Angel Rodriguez
        Debtors
                              CERTIFICATE OF NOTICE
District/off: 0646-1          User: jonesl                Page 1 of 2         Date Rcvd: Mar 07, 2018
                              Form ID: 318                Total Noticed: 37


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 09, 2018.
db/db         Maria Ivelisse Rodriguez,    Miguel Angel Rodriguez,    160 Parkbrook Street SW,
               Grand Rapids, MI   49548
cr           +Grand Mobile Village,    c/o Paletz Law,   3001 W. Big Beaver Road, Suite 504,
               Troy, MI 48084-3106
8095806      +61st District Court,    180 Ottawa Ave NW,   Grand Rapids MI 49503-2703
8095816      +Enhanced Recovery Company,    PO Box 57547,   Jacksonville FL 32241-7547
8095818      +Gillis Family Chiropractic,    5675 Burlingame Ave SW,    Wyoming MI 49509-9700
8095819      +Grand Community,    6500 S Division,   Grand Rapids MI 49548-7881
8095820      +Helvey & Associates,    1015 E Center Street,   Warsaw IN 46580-3420
8095824      +Republic Services 240,    2471 Wilshere Drive,   Jenison MI 49428-9300
8095825      +Sears Credit Cards,    PO Box 78051,   Phoenix AZ 85062-8051
8095826      +Sprint,   Legal Dept.,    PO Box 4600,   Reston VA 20195-1416
8095828      +Tek Collect,   PO Box 1269,    Columbus OH 43216-1269

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust          +E-mail/Text: ustpregion09.gr.ecf@usdoj.gov Mar 07 2018 22:20:59     Andy Vara,
               Office of the US Trustee,   The Ledyard Building, 2nd Floor,    125 Ottawa NW, Suite 200R,
               Grand Rapids, MI 49503-2865
ust          +E-mail/Text: ustpregion09.gr.ecf@usdoj.gov Mar 07 2018 22:20:59     Daniel J. Casamatta,
               Assistant U.S. Trustee,   Office of the U.S. Trustee,    The Ledyard Building, 2nd Floor,
               125 Ottawa NW, Suite 200R,   Grand Rapids, MI 49503-2865
ust          +E-mail/Text: ustpregion09.gr.ecf@usdoj.gov Mar 07 2018 22:20:59     Daniel M. McDermott,
               Office of the US Trustee,   The Ledyard Building, 2nd Floor,    125 Ottawa NW, Suite 200R,
               Grand Rapids, MI 49503-2865
ust          +E-mail/Text: ustpregion09.gr.ecf@usdoj.gov Mar 07 2018 22:20:59     David W. Asbach,
               Office of the US Trustee,   The Ledyard Building, 2nd Floor,    125 Ottawa NW, Suite 200R,
               Grand Rapids, MI 49503-2865
ust          +E-mail/Text: ustpregion09.gr.ecf@usdoj.gov Mar 07 2018 22:20:59     Dean E. Rietberg,
               Trial Attorney,   Office of the US Trustee,   The Ledyard Building, 2nd Floor,
               125 Ottawa NW, Suite 200R,   Grand Rapids, MI 49503-2865
ust          +E-mail/Text: ustpregion09.gr.ecf@usdoj.gov Mar 07 2018 22:20:59     Habbo G. Fokkena,
               Office of the United States Trustee,    Michigan/Ohio Region 9,
               The Ledyard Building, 2nd Floor,   125 Ottawa NW, Suite 200R,    Grand Rapids, MI 49503-2837
ust          +E-mail/Text: ustpregion09.gr.ecf@usdoj.gov Mar 07 2018 22:20:59     Matthew T. Cronin,
               Office of the US Trustee,   The Ledyard Building, 2nd Floor,    125 Ottawa NW, Suite 200R,
               Grand Rapids, MI 49503-2865
ust          +E-mail/Text: matthew.w.cheney@usdoj.gov Mar 07 2018 22:21:51     Matthew W. Cheney,
               Office of the US Trustee,   The Ledyard Building, 2nd Floor,    125 Ottawa NW, Suite 200R,
               Grand Rapids, MI 49503-2865
ust          +E-mail/Text: ustpregion09.gr.ecf@usdoj.gov Mar 07 2018 22:20:59     Michael V. Maggio,
               Trial Attorney,   Office of the US Trustee,   The Ledyard Building, 2nd Floor,
               125 Ottawa NW, Suite 200R,   Grand Rapids, MI 49503-2865
ust          +E-mail/Text: ustpregion09.gr.ecf@usdoj.gov Mar 07 2018 22:20:59     Michelle M. Wilson,
               Trial Attorney,   Office of the US Trustee,   The Ledyard Building, 2nd Floor,
               125 Ottawa NW, Suite 200R,   Grand Rapids, MI 49503-2865
ust          +E-mail/Text: ustpregion09.gr.ecf@usdoj.gov Mar 07 2018 22:20:59     United States Trustee,
               Michigan/Ohio Region 9,   The Ledyard Building, 2nd Floor,    125 Ottawa NW, Suite 200R,
               Grand Rapids, MI 49503-2837
ust          +E-mail/Text: ustpregion09.gr.ecf@usdoj.gov Mar 07 2018 22:20:59     United States Trustee,
               The Ledyard Building, 2nd Floor,   125 Ottawa Avenue NW, Suite 200R,
               Grand Rapids, MI 49503-2837
8095807      +EDI: GMACFS.COM Mar 08 2018 02:58:00      Ally Financial,   C/O Craig S. Schoenherr Atty.,
               12900 Hall Road Ste 350,   Sterling Heights MI 48313-1174
8095808      +EDI: GMACFS.COM Mar 08 2018 02:58:00      Ally Financial Inc.,   2911 Lake Vista Drive,
               Lewisville TX 75067-3801
8095809      +E-mail/Text: Bk@c2cfsi.com Mar 07 2018 22:21:15     Coast to Coast Financial,   PO Box 2086,
               Thousand Oaks CA 91358-2086
8095810      +E-mail/Text: ned-collections_bankruptcydocuments@comcast.com Mar 07 2018 22:21:38
               Comcast Cable Communications,   Comcast Corporation,    1701 JFK Blvd.,
               Philadelphia PA 19103-2899
8095811      +E-mail/Text: bankruptcy_notices@cmsenergy.com Mar 07 2018 22:21:24     Consumers Energy,
               4000 Clay Ave SW,   Grand Rapids MI 49548-3017
8095812      +EDI: CONVERGENT.COM Mar 08 2018 02:58:00      Convergent Outsourcing,   PO Box 9004,
               Renton WA 98057-9004
8095815      +EDI: DTEE.COM Mar 08 2018 02:58:00      DTE Energy,   1 Energy Plaza,   Wcb 2106,
               Detroit MI 48226-1221
8095813      +EDI: ESSL.COM Mar 08 2018 02:58:00      Dish Network,   9601 S Meridian,
               Englewood CO 80112-5905
8095814      +EDI: DCI.COM Mar 08 2018 02:58:00      Diversified Consultants,   10550 Deerwood Park Blvd 309,
               Jacksonville FL 32256-2805
8095817      +EDI: BLUESTEM Mar 08 2018 02:58:00      Fingerhut,   6250 Ridgewood Rd.,
               Saint Cloud MN 56303-0820
```

```
District/off: 0646-1          User: jonesl                  Page 2 of 2                  Date Rcvd: Mar 07, 2018
                              Form ID: 318                  Total Noticed: 37
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
8095821       +EDI: IIC9.COM Mar 08 2018 02:58:00      IC Systems Collections,    PO Box 64378,
               Saint Paul MN 55164-0378
8095822        EDI: JEFFERSONCAP.COM Mar 08 2018 02:58:00      Jefferson Capital Systems,    16 Mcleland Road,
               Saint Cloud MN 56303
8095823       +E-mail/Text: BKRMailOPS@weltman.com Mar 07 2018 22:20:57       Kay Jewelers,    375 Ghent Road,
               Akron OH 44333-4600
8095827       +EDI: RMSC.COM Mar 08 2018 02:58:00      Syncb/JC Penny,    PO Box 965007,    Orlando FL 32896-5007
                                                                                               TOTAL: 26

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 09, 2018                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 7, 2018 at the address(es) listed below:
```
              Jeff A. Moyer    jeff@thebankruptcygrp.com,
               MI38@ecfcbis.com;crissy@thebankruptcygrp.com;heather@thebankruptcygrp.com
              Jeffrey D. Mapes    on behalf of Debtor Maria Ivelisse Rodriguez jeff@mapes-law.com,
               lawofficeofjeffreydmapes@gmail.com;info@mapes-law.com;bkecf_mapes@bkexpress.info;elamphier@mapes-
               law.com;kkolbe@mapes-law.com
              Jeffrey D. Mapes    on behalf of Debtor Miguel Angel Rodriguez jeff@mapes-law.com,
               lawofficeofjeffreydmapes@gmail.com;info@mapes-law.com;bkecf_mapes@bkexpress.info;elamphier@mapes-
               law.com;kkolbe@mapes-law.com
              Matthew I. Paletz    on behalf of Creditor   Grand Mobile Village mpaletz@paletzlaw.com,
               tgilliam@paletzlaw.com;imorton@paletzlaw.com
                                                                                               TOTAL: 4
```

Official Form 318 (12/15)

**United States Bankruptcy Court**
**Western District of Michigan**
One Division Ave., N.
Room 200
Grand Rapids, MI 49503

| | |
|---|---|
| **IN RE:** Debtors (names used by the debtors in the last 8 years, including married, maiden, trade, and address):<br><br>**Maria Ivelisse Rodriguez**<br>160 Parkbrook Street SW<br>Grand Rapids, MI 49548<br>SSN: xxx–xx–5228<br>**Miguel Angel Rodriguez**<br>160 Parkbrook Street SW<br>Grand Rapids, MI 49548<br>SSN: xxx–xx–6372<br><br>**Debtors** | **Case Number 17–04057–jwb**<br><br>**Chapter 7**<br><br>**Honorable James W. Boyd** |

# Order of Discharge

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Maria Ivelisse Rodriguez                    Miguel Angel Rodriguez
fka Maria Ivelisse Vallespil (Flores)

**By the court:**

**DATE:** March 7, 2018

_____
James W. Boyd
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**For more information, see page 2 >**

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**